## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LUIS DE SOUSA** ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. 1-16-cv-00367 BAH |
| ) | |
| ) | Judge. Beryl A. Howell. |
| **THE EMBASSY OF ANGOLA** ) | United States District Judge |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

## NOTICE OF COMPLETED SERVICE

Plaintiff is informing this Court and the Clerk of the Court that Service is completed:

Please see the attached confirmation of the foreign mailing upon Defendant by

FedEx.

Date: June 7, 2016

**RECEIVED**

JUN - 9 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia    1

Pro Se _____
LUIS DE SOUSA

500 BRAEBURN DRIVE

WINCHESTER, VIRGINIA 22601

(703) 399 4421



June 9,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804301972966**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | EDIFFICIOLL - RUN MAJOR KANHANGULO |
| | | | LUANDA ANGOLA 1233 |
| **Signed for by:** | S.RRUBRICA | **Delivery date:** | Jun 6, 2016 08:57 |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804301972966 | **Ship date:** | May 31, 2016 |
| | | **Weight:** | 1.1 lbs/0.5 kg |

**Recipient:**
TO THE HEAD OF THE MINISTRY OFFORE
EDIFFICIOLL - RUN MAJOR KANHANGULO
LUANDA ANGOLA 1233 AO

**Shipper:**
UNITED STATES DISTRICT COURT FOR T
ATTN : CLERK'S OFFICE 16-367
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001 US

Thank you for choosing FedEx.