**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LUIS DE SOUSA** | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |
| Plantiff | **)** | |
| | **)** | |
| VS. | **)** | CIVIL ACTION NO. 1-16-CV-00367 BAH |
| | **)** | |
| | **)** | Judge. Beryl A. Howell. |
| **THE EMBASSY OF ANGOLA** | **)** | United States District Judge |
| | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |
| Defendant. | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |

## <u>AFFIDAVIT IN SUPPORT OF MR. LUIS DE SOUSA'S REPLAY TO DEFENDANT 2 MOTION TO SQUASH SERVICE</u>

I, Luis De Sousa, hereby depose and swear as follows;

1. Before my coming to America, I worked for the Department of Public, Protocol and International Relations at the National Assembly (Congress) in Angola. 75% of my work was interlinking between Congress and the Ministry of Foreign Affairs, I worked as a link between two Angolan state agencies. Because of this experience, I am extremely familiar with the Ministry of Foreign Affairs in Angola and the people still employed there, to this day.

1

2. Mr. Frederick Silva is not new to this court, he was first introduced in this court in my new complaint in paragraph 34, given to enter this court on July 05, 2016. Mr. Frederick and also descried in my exhibit which was already given entry in this court on 28 June 2016, and again I submit as Exhibit 6; paragraph 7. Mr. Angelo Silva, a local employee from administration, describes Mr. Frederico as "King" of the fake invoices and other finances frauds at the Embassy.

3. Contrary to Mr. Frederick's statement in paragraph 1 of his affidavit from August 5, 2016, that he is a "counselor," Mr. Frederico Silva is the Head of the Counter Intelligence Services of the Embassy of Angola in the United States.

4. Mr. Frederick claims that on July 11 through 20, 2016 he went to Angola on a work mission and that he personally "made diligent inquiries" on whether the Ministry of Foreign Affairs in Angola received a FedEx package sent on behalf of Mr. Luis de Sousa on June 6, 2016. Posteriorly, in paragraph 5, Mr. Frederick statement claims that the Ministry of Foreign Affairs has no record that received any package by FedEx.

5. Looking at the Exhibit 3 and 4 it, can be seen that the regime in Angola is not serious in regard of keeping track of their records, in Exhibit 3; paragraph 15 demonstrates that even the IMF official abruptly ended the meeting with the Angola regime and left out of frustration over the lack of disclosure. It is noteworthy that Mr. Frederick said that the Ministry of Foreign relations "has no record of having received any such Federal Express Package." The Ministry's Office also says the same in the letter that is in Exhibit 6.

The Director of the Office of the Ministry of Foreign Affairs in Angola never said that they never received the package by FedEx, he only said that he "did not find in his records. I believe that this is an example of internal problem of the office of Ministry, for the Work of FedEx ends when the package is delivered on address of reception. Although, FedEx never states on its waybill if the delivery was a package or envelope, Mr. Frederick and the Director of the office of

the Minister of Foreign Affair already knew that it was a package. Only on August 9, 2016, after I had spoken with FedEx customer service, is when FedEx informed me that delivery was not an envelope, it was a package.

7. What Mr. Frederico Silva neglected to say in his Affidavit is that during the time that the "package" was in transit to Angola, between May 05, 2016 and June 06, 2016, the Ambassador of Angola in the United States of America, Mr. Agostinho Tavares, traveled to Angola to meet with the Minister of Foreign Affairs in Angola and in the second meeting that the ambassador had with the minister was when the ambassador received the copy or the original of the documents. Sources, that for reasons of safety I can not identify, confirm that and this is confirmed by my last conversation with Mr. Nordine,(the embassy finance attaché) where he confirmed that the Ambassador was to travel on Saturday and so he could no longer meet with me on Saturday but I could confirm that the Ambassador did not travel until Monday or Wednesday of following week.

8. If the director of the Office of The Ministry of Foreign Affairs in Angola is not found in his **record** the FedEx " package," it is because the great traffic of influence between the Ministry of Foreign Affairs in Angola and Ambassador of Angola in the United States. Example of the such influences is that the Ambassador requested the appointment of his daughter as the Embassy Administrative Attaché in Washington, DC which the Minister of Foreign Affairs granted, although Mr. Sandra had no qualification or experience to match such position, in return the Ambassador proposed the withdrawal from the consulate in New York Mr. Adao Pinto, (the Consul ) a diplomat with over 24 years of experience, to give the position to the sister of the Ministry of Foreign Affairs in Angola as consul in New York, despite the sister of the Ministry of foreign affair having no experience. The fact that the Ambassador has 5 children and 1 or

more son-in-law working in the same embassy, in violation of Angolan law, the nepotism at the embassy say it all.

9. Attached hereto as Exhibit 1 is a true and correct copy of FedEx confirmation of proof of the delivered letter and the signature of reception by a employee of the Ministry of Foreign Affairs in Angola in page 2/2 with the time, the package was delivered 8:57 local time and FedEx track number under the barcode.

10. Attached hereto as Exhibit 2 is a true and correct copy of the FedEx waybill states that signature is "not currently available for this **shipping please check again later for signature**", and also the Fedex logs that allow costumers to track their **shipping** until the time of deliver.

11. Attached hereto as Exhibit 3 is a true and correct copy Daily Maverick from United Kingdom, reporting about the extreme corruption and deception by Angolan Regime officials, all leading pack to the presidents involvement in the cases, paragraph 15 demonstrates that even the IMF official abruptly ended the meeting with the Angola regime and left out of frustration over the lack of disclosure. [Record]

12. Attached hereto as Exhibit 4 is a true and correct copy Redpepper from United Kingdom reporting about wide spread corruption and unprecedented transfer of the estate property and funds to private ownership, it mentions also about a similar case involving the Angola Ambassador in France.

13. Attached hereto as Exhibit 3 is a true and correct copy (with translation) of the letter from Ministry of Foreign Affairs of Angola, stating that it **has no record** of ever having received the FedEx package. Also attached is a letter from the Ambassador Agostinho Tavares allegedly 'requesting' the FedEx package from the Director of the Office of Foreign affairs in Angola,

4

although the Ambassador himself is the one who went to pick up the package during the time that the shipping was in transit to Angola between the May 31, 2016 and June 06, 2016. The Ambassador then left Angola two or three weeks after the FedEx had delivered the "package".

14. Attached hereto as Exhibit 6 is a true and correct copy of Mr. Luis De Sousa's affidavit where Mr. Luis De Sousa has meeting with Mr. Angelo, a local employee of Finance Department of the Embassy, and the Ambassador, where Mr. Angelo describe Mr. Frederico as the "King" of fake invoices, receipt….

15. Attached hereto as Exhibit 7 is a true and correct copy of Howafrica.com from Nov 25, 2015, reporting of the decision of Bank of America to stop the sell of American currency to the Angolan government by the decision and request of the Federal Reserve of the United States of America, due to the high level of corruption and money laundering perpetrated by the officials of the Angola Regime.

16. Attached hereto as Exhibit 8 is a true and correct copy of a Clerk certificate that was mailed on May 31, 2016 certify under penalty of perjury, he had mailed one copy of the summons, complaint and notice of suit       ,together with translation of each …to the head of the ministry of foreign affairs pursuant to the provisions of 28 U.S.C 1608(a)(3).

17. Attached hereto as Exhibit 9 is a true and correct copy of the first page of Mr. De sousa, "New Complain" that Mr. De Sousa, summited to this Court on July 5, 2016 this complain was never sent to Angola or was never give to the Clerk of the Court to send it to Angola.


Sworn to on this 22th day of August of 2016, under the pains and penalties of perjury

5

Pro Se /s/ Luis De Sousa

LUIS DE SOUSA

500 BRAEBURN DRIVE

WINCHESTER, VIRGINIA 22601

(703) 399 4421