# Exhibit 1

# FedEx Signature Proof of Delivery Letter

## LUIS@LUENDAGROUP.COM

Fri 8/12/2016 2:48 PM

Inbox

To: luis <luis@luendagroup.com>; luis <luis@luendagroup.com>;



📎  1 attachment (6 KB)

FedEx_POD.pdf;

This Signature Proof of Delivery Letter has been requested by:
Name: LUIS@LUENDAGROUP.COM
E-mail: LUIS@LUENDAGROUP.COM
Message:
-----------------------------------------------------------------------------
Please open the attached Signature Proof of Delivery file for the following shipments:

804301972966

You may save or print this Signature Proof of Delivery file for your records.

If you experience problems opening the attachment or if you do not see the attachment, it may have been removed by some type of protection software (i,e. spam or virus protection software).  Your mail service provider or IT department may be able to assist you with this issue.

Thank you for choosing FedEx.

FedEx
1.800.GoFedEx 1.800.463.3339

Please do not respond to this message.  This e-mail was sent from an unattended mailbox.

Disclaimer
-----------------------------------------------------------------------------
This e-mail request has been sent to you by FedEx on behalf of the requestor noted above.  FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.  For fedex.com terms of use, go to fedex.com.

FedEx Signature Proof of Delivery Letter View    Case 1:16-cv-00367-BAH    Document 41-2    Filed 08/21/16    Page 2 of 4    8/14/16, 8:52 AM

https://outlook.office.com/owa/?viewmodel=ReadMessageItem&It...VW1gABIIHOsQAAAA%3D%3D&IsPrintView=1&wid=2&ispopout=1&path=    Page 1 of 1

Tel.
ED#FRIGOLL - RU*A*'JOR #*H#NGULO

1233                    LUANDA ANGOLA



804301972966    Peso
0,50

---

2 Emails

2



Tue Aug 09 06:03:30 GMT 2016

This Signature Proof of Delivery Letter has been requested by:
Name:
LUIS DESOUSA
Comments: