# Exhibit 2



June 9,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **804301972966**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | EDIFFICIOLL - RUN MAJOR KANHANGULO LUANDA ANGOLA 1233 |
| **Signed for by:** | S.RRUBRICA | **Delivery date:** | Jun 6, 2016 08:57 |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 804301972966 | **Ship date:** | May 31, 2016 |
| | | **Weight:** | 1.1 lbs/0.5 kg |

**Recipient:**
TO THE HEAD OF THE MINISTRY OFFORE
EDIFFICIOLL - RUN MAJOR KANHANGULO
LUANDA ANGOLA 1233 AO

**Shipper:**
UNITED STATES DISTRICT COURT FOR T
ATTN : CLERK'S OFFICE 16-367
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001 US

Thank you for choosing FedEx.

## 804301972966

| Ship date: | | Actual delivery: |
|---|---|---|
| **Tue 5/31/2016** |   **Delivered** | **Mon 6/06/2016 8:57 am** |
| WASHINGTON, DC US | Signed for by: S.RRUBRICA | LUANDA ANGOLA AO |

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **–  6/06/2016 - Monday** | | |
| 8:57 am | Delivered | LUANDA ANGOLA AO |
| 7:56 am | On FedEx vehicle for delivery | LUANDA AO |
| 7:54 am | At local FedEx facility | LUANDA AO |
| **–  6/03/2016 - Friday** | | |
| 3:37 pm | Delivery exception | LUANDA AO |
| 12:08 pm | International shipment release - Import | LUANDA AO |
| 12:07 pm | In transit<br>Package available for clearance | LUANDA AO |
| **–  6/02/2016 - Thursday** | | |
| 12:50 pm | In transit | POVOA DE SANTA IRIA PT |
| 9:00 am | In transit | POVOA DE SANTA IRIA PT |
| 9:00 am | In transit | POVOA DE SANTA IRIA PT |
| 8:47 am | In transit<br>Package available for clearance | POVOA DE SANTA IRIA PT |
| 7:25 am | In transit | MADRID ES |
| 7:21 am | In transit | MADRID ES |
| 5:34 am | At destination sort facility | MADRID ES |
| 3:51 am | In transit | MADRID ES |
| 3:49 am | Departed FedEx location | ROISSY CHARLES DE GAULLE CEDEX FR |
| **–  6/01/2016 - Wednesday** | | |
| 9:12 pm | Departed FedEx location | ROISSY CHARLES DE GAULLE CEDEX FR |
| 6:47 pm | In transit | ROISSY CHARLES DE GAULLE CEDEX FR |
| 6:20 pm | Arrived at FedEx location | ROISSY CHARLES DE GAULLE CEDEX FR |
| 10:18 am | In transit | MEMPHIS, TN |
| 10:02 am | Departed FedEx location | MEMPHIS, TN |
| 7:05 am | In transit | MEMPHIS, TN |
| 5:55 am | Arrived at FedEx location | MEMPHIS, TN |
| 2:33 am | Left FedEx origin facility | WASHINGTON, DC |
| **–  5/31/2016 - Tuesday** | | |
| 11:40 pm | Picked up | WASHINGTON, DC |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 804301972966 | **Service** | FedEx International Priority |
| **Weight** | 1.1 lbs / 0.5 kgs | **Total pieces** | 1 |
| **Total shipment weight** | 1.1 lbs / 0.5 kgs | **Terms** | Shipper |
| **Packaging** | FedEx Pak | **Special handling section** | Deliver Weekday |
| **Standard transit** ❓ | 6/06/2016 by 6:00 pm | | |

## Commodity Information

| Line Item | Country of Manufacturing | Harmonized Code(s) | Description |
|---|---|---|---|
| 1 | | | |



**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
FedEx TechConnect
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx CrossBorder
FedEx SupplyChain

**Follow FedEx**

United States - English

© FedEx 1995-2016

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

Case 1:16-cv-00367-BAH    Document 41-3    Filed 08/21/16    Page 5 of 5

8/14/16, 8:45 AM

FedEx

Shipping    Tracking    Manage    Learn    FedEx Office ®

My Profile | Support | Locations | English    Search or tracking number    Login

FedEx ® Tracking